IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RAYMOND HENDERSON,**

    **Plaintiff,**

**vs.**                                                                              **5:05-CV-059-SPM**

**STATE OF FLORIDA,** *et al.*,

    **Defendants.**
_____/

**ORDER EXTENDING DEADLINE FOR FILING
OBJECTIONS TO REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the "Motion for Extention [sic] of Time" (doc. 19) filed September 21, 2005, in which Plaintiff explains that because his legal mail was erroneously routed due to an incorrect zipcode, it did not reach him in sufficient time to file timely objections to the magistrate's report and recommendation. Plaintiff asks for an unspecified extension of time from the September 21, 2005 deadline in which to file his objections.

The Court finds good cause to grant the extension. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion for extension (doc. 19) is hereby *granted.*

2.    Plaintiff shall file his objections on or before **October 24, 2005**.

**DONE AND ORDERED** this <u>twenty-seventh</u> day of September, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao