IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAYMOND HENDERSON,

    Plaintiff,

vs.                                                         5:05-CV-059-SPM

STATE OF FLORIDA, *et al.*,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 16) filed August 24, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. Upon his request, Plaintiff was granted additional time in which to file objections (doc. 20), but to date has not filed any.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 16) is adopted and incorporated by reference in this order.
2.     Plaintiff's claims against Defendants John Doe, Edward Eanes,

        Stetsun's Nightclub, Sgt. Garner, Adrien Vela, Kevin Watson, CCA, City of Springfield Police Department, and the State of Florida are *dismissed with prejudice* for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3.    Plaintiff's Fourth Amendment claims against Defendant Whitehead regarding the lawfulness of the seizure and the amount of force used in transporting Plaintiff to the police car and placing him in it are *dismissed with prejudice* for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4.    Plaintiff's Thirteenth Amendment claim against Defendant Whitehead are *dismissed with prejudice* for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

5.    Plaintiff's Thirteenth Amendment claim against Defendant Roberts are *dismissed with prejudice* for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

6.    This case is hereby referred to the magistrate for further proceedings on the following issues:

    a.    Plaintiff's Eighth Amendment claims against Defendants Whitehead and Roberts concerning the alleged deprivation of medical care;

    b.    Plaintiff's excessive force claim against Defendant Whitehead regarding the force used to effect the seizure of his person upon Whitehead's arrival at the scene; and

    c.    Plaintiff's Eighth Amendment claim against Defendant Roberts concerning the allegedly unconstitutional conditions of his confinement.

**DONE AND ORDERED** this <u>eighth</u> day of November, 2005.

            *s/ Stephan P. Mickle*
            Stephan P. Mickle
            United States District Judge

/pao