IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAYMOND RALEIGH HENDERSON,

    Plaintiff,

vs.      CASE NO. 5:05cv59-RS

COLBY WHITEHEAD and CHAD ROBERTS,

    Defendants.
_____/

## ORDER

Before the court are the magistrate judge's Report and Recommendation (Doc. 26) and Plaintiff's Motion to Proceed (Doc. 27). I have reviewed *de novo* the issues raised by Plaintiff's Motion to Proceed.

IT IS ORDERED:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is dismissed without prejudice because of plaintiff's failure to comply with an order of the court.

ORDERED on February 7, 2006.

    /S/ Richard Smoak
    RICHARD SMOAK
    UNITED STATES DISTRICT JUDGE